ADAM PAUL LAXALT
Attorney General
SARAH A. BRADLEY
Senior Deputy Attorney General
Nevada State Bar No. 9981
100 N. Carson Street
Carson City, Nevada 89701
Telephone: 775-684-1213
Facsimile: 775-684-1108
Email: sbradley@ag.nv.gov
Attorneys for Defendants,
*Joseph (JD) Decker, Steve George,
and Donald Soderberg*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH SHANNON, PENNY LUCILLE BEHRENS, CHRISTOPHER ROBERT BRAGGS, and JOSE LOPEZ GOMEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH (JD) DECKER, STEVE GEORGE, and DONALD SODERBERG, in their individual capacities,<br><br>Defendants. | CASE NO.: 17–CV–875–KAD–GWF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendants Joseph (JD) Decker, Steve George, and Donald Soderberg (Defendants) by and through their counsel Nevada Attorney General Adam Paul Laxalt and Senior Deputy Attorney General Sarah A. Bradley and Plaintiffs Joseph Shannon, Penny Lucille Behrens, Christopher Robert Braggs, and Jose Lopez Gomez by and through their counsel Leon Greenberg, Esq., James P. Kemp, Esq., and Jason D. Mills, Esq., hereby stipulate and agree that Defendants have until Tuesday, August 1, 2017 to file their response to Plaintiffs' First Amended Class Action Complaint. In consideration for Plaintiffs' agreement, Defendants agree not to assert any defense based upon failure to effectuate

proper service of process. This is the first request for additional time for Defendants' response. This extension of time is not made for any dilatory or delaying tactic and is necessary in order to allow Defendants time to prepare their response.

DATED this 12th day of July, 2017.

| LEON GREENBERG<br>PROFESSIONAL CORPORATION | ADAM PAUL LAXALT<br>Attorney General |
|---|---|
| By:  /s/ *Leon Greenberg*<br>Leon Greenberg, Esq.<br>Dana Sniegocki, Esq.<br>2965 S. Jones Boulevard, Suite #E-3<br>Las Vegas, NV  89146<br>Telephone:  (702) 383-6085 | By:  /s/ *Sarah A. Bradley*<br>Sarah A. Bradley<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV  89701<br>Telephone:  (775) 684-1213<br>Attorneys for Defendants,<br>*Joseph (JD) Decker, Steve George, and Donald Soderberg* |

KEMP & KEMP

By:  /s/ *James P. Kemp*
James P. Kemp, Esq.
7435 W Azure Drive, Suite #110
Las Vegas, NV  89130
Telephone:  (702) 258-1183

NEEMAN & MILLS

By:  /s/ *Jason D. Mills*
Jason D. Mills, Esq.
7435 W Azure Drive, Suite #110
Las Vegas, NV  89130
Telephone:  (702) 822-4444

Attorneys for Plaintiffs,
*JOSEPH SHANNON, PENNY LUCILLE BEHRENS, CHRISTOPHER ROBERT BRAGGS, and JOSE LOPEZ GOMEZ, individually and on behalf of all others similarly situated*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 13, 2017

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of Attorney General, State of Nevada, and that on this 12th day of July, 2017, the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPALINT** was electronically filed with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the email addresses that are registered for this case.

Leon Greenberg, Esq.
Dana Sniegocki, Esq.
Leon Greenberg Professional Corporation
2965 S. Jones Boulevard, Suite #E-3
Las Vegas, NV  89146
leongreenberg@overtimelaw.com

James P. Kemp, Esq.
Kemp & Kemp
7435 W Azure Drive, Suite #110
Las Vegas, NV  89130
Jpkemp@kemp-attorneys.com

Jason D. Mills, Esq.
Neeman & Mills
1201 S. Maryland Parkway
Las Vegas, NV  89104
info@neemanmills.com

/s/  *Karen L. Rutledge*
An employee of the
Office of the Attorney General
State of Nevada

Nevada Office of the Attorney General
100 North Carson Street
Carson City, NV  89701-4717

3