Leon Greenberg, Esq. NSB 8094
Dana Sniegocki, Esq. NSB 11715
Leon Greenberg Professional Corporation
2965 S. Jones Boulevard - Suite E-3
Las Vegas, Nevada 89146
(702)383-6085
Fax: (702)385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com


James P. Kemp, NSB 6375
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130
Telephone (702) 258-1183
JP@kemp-attorneys.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

-------------------------------------------------X

JOSEPH SHANNON, individually and
on behalf of all others similarly situated,

                Plaintiff,

   -against-

JOSEPH (JD) DECKER, STEVE GEORGE,
and DONALD SODERBERG, in their
individual capacities,

                Defendants.

-------------------------------------------------X

Case No. 2:17-cv-875-JAD-GWF

STIPULATION TO EXTEND
TIME FOR PLAINTIFF'S
RESPONSE TO DEFENDANTS
MOTION TO DISMISS

FIRST REQUEST

ECF No. 13

      Plaintiff and Defendants, by and through their counsel of record, hereby agree

and stipulate to the following:

      1.      Defendants filed their Motion to Dismiss Pursuant to Fed. R. Civ. P.

12(b)(6) re [3] Amended Complaint on July 31, 2017 (Doc No. 12)

2. The parties hereby stipuate and agree to extend the time for plaintiff to respond to the foregoing motion until September 18, 2017.

3. The foregoing request is made in good faith to accommodate the schedule of plaintiff's counsel and is not made for the purpose of delay.


Clark County, Nevada          Dated:  August 9, 2017


_____/s/ Leon Greenberg_____                    _____/s/Steve Shevorski_____
Leon Greenberg, Esq.                               ADAM PAUL LAXALT
LEON GREENBERG PROFESSIONAL                        Attorney General
CORPORATION                                        Steve Shevorski
Leon Greenberg, Esq. NSB 8094                      Head of Complex Litigation, for
Dana Sniegocki, Esq. NSB 11715                     the Office of the Attorney
2965 S. Jones Boulevard #E-3                        General.
Las Vegas, Nevada 89146                            100 N. Carson Street
(702) 383-6085                                     Carson City, Nevada 89701
Nevada Bar Number: 8094                            Telephone: 775-684-1213
                                                   Facsimile: 775-684-1108
                                                   Email: sbradley@ag.nv.gov
James P. Kemp, NSB 6375
Kemp & Kemp, Attorneys At Law                      Attorneys for Defendants,
7435 West Azure Drive - Suite 110                  Joseph (JD) Decker, Steve
Las Vegas, NV 89130                                George, and Donald Soderberg
Telephone (702) 258-1183


Attorneys for the Plaintiffs


**SO ORDERED**
                          8-9-17
Dated: _____



_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE