Leon Greenberg, Esq. NSB 8094
Dana Sniegocki, Esq. NSB 11715
Leon Greenberg Professional Corporation
2965 S. Jones Boulevard  - Suite E-3
Las Vegas, Nevada 89146
(702)383-6085
Fax: (702)385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

James P. Kemp, NSB 6375
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130
Telephone (702) 258-1183
JP@kemp-attorneys.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

-------------------------------------------------X

JOSEPH SHANNON, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

JOSEPH (JD) DECKER, STEVE GEORGE, and DONALD SODERBERG, in their individual capacities,

                Defendants.

-------------------------------------------------X

Case No. 2:17-cv-875-JAD-GWF

STIPULATION AND ORDER GRANTING LEAVE TO SERVE AND FILE A SECOND AMENDED COMPLAINT AND WITHDRAWING MOTION TO DISMISS WITHOUT PREJUDICE

ECF No. 12, 15

     Plaintiff and Defendants, by and through their counsel of record, hereby agree and stipulate to the following:

     1.     Plaintiffs shall promptly upon this Stipulation being "So Ordered" file

1

with the Court and serve a Second Amended Complaint in the form annexed hereto as Ex. "A;"

2. The defendants' motion to dismiss, ECF 12, is withdrawn, without prejudice;

3. The defendants shall respond to the Second Amended Complaint within 20 days of this Stipulation being "So Ordered" or November 1, 2017, whichever is later.

Clark County, Nevada                    Dated: September 8, 2017

   /s/ *Leon Greenberg*
Leon Greenberg, Esq.
LEON GREENBERG PROFESSIONAL CORPORATION
Leon Greenberg, Esq. NSB 8094
Dana Sniegocki, Esq. NSB 11715
2965 S. Jones Boulevard #E-3
Las Vegas, Nevada 89146
(702) 383-6085
Nevada Bar Number: 8094

James P. Kemp, NSB 6375
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130
Telephone (702) 258-1183

   /s/Steve Shevorski
ADAM PAUL LAXALT
Attorney General
Steve Shevorski
Head of Complex Litigation,
Office of the
Attorney General.
100 N. Carson Street
Carson City, Nevada 89701
Telephone: 775-684-1213
Facsimile: 775-684-1108
Email: sbradley@ag.nv.gov

Attorneys for Defendants,
Joseph (JD) Decker, Steve George, and Donald Soderberg

**ORDER**

Based on the parties' stipulation [ECF No. 15] and good cause appearing, IT IS HEREBY ORDERED that the defendants' motion to dismiss [ECF No. 12] is DEEMED WITHDRAWN; plaintiffs must promptly file their Second Amended Complaint [ECF No. 15 at Exhibit A]; and defendants have until November 1, 2017, to answer or otherwise respond to it.

_____
U.S. District Judge Jennifer Dorsey
September 11, 2017