LEON GREENBERG, ESQ.
Nevada Bar No.: 8094
DANA SNIEGOCKI, ESQ.
Nevada Bar No.: 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard - Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
dana@overtimelaw.com

James P. Kemp, Esq. NSB 6375
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130
Telephone (702) 258-1183

Jason D. Mills, Esq. NSB 7447
Neeman & Mills, PLLC
1201 S. Maryland Parkway
Las Vegas, Nevada 89104
Telephone (702) 822-4444

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH SHANNON, PENNY LUCILLE BEHRENS, CHRISTOPHER ROBERT BRAGGS, and JOSE LOPEZ GOMEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH (JD) DECKER, STEVE GEORGE, and DONALD SODERBERG, in their individual capacities,<br><br>Defendants. | Case No. 2:17-cv-00875-JAD-GWF<br><br>STIPULATION AND ORDER ENLARGING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND ENLARGING DEFENDANTS' TIME TO FILE THEIR REPLY IN SUPPORT |

1

| | |
|---|---|
| 1 | The parties hereby stipulate and agree to grant plaintiffs a 16-day extension to file and |
| 2 | serve their Response in Opposition to Defendants' Motion Dismiss Pursuant to Fed. R. Civ. P. |
| 3 | 12(b)(6). Such motion was filed on October 31, 2017 (Doc. No. 19). A response to such motion |
| 4 | is due on November 14, 2017. Pursuant to the parties' agreement, plaintiffs will have until |
| 5 | Thursday, November 30, 2017, to file and serve their response. |
| 6 | The parties further stipulate and agree to grant defendants an 8-day extension to file and |
| 7 | serve their Reply in Support of their Motion to Dismiss. Such Reply shall be due on December |
| 8 | 15, 2017. |
| 9 | /// |
| 10 | |
| 11 | /// |
| 12 | |
| 13 | /// |
| 14 | |
| 15 | /// |
| 16 | |
| 17 | /// |
| 18 | |
| 19 | /// |
| 20 | |
| 21 | /// |
| 22 | |
| 23 | /// |
| 24 | |
| 25 | /// |
| 26 | |
| 27 | /// |
| 28 | |

The foregoing request for an extension of time is made to accommodate the schedule of plaintiffs' counsel, who is currently tending to pressing matters in other litigations. The request is also made to allow both parties' counsel sufficient time to brief their respective arguments, as the nature of the motion presents complex legal issues. Accordingly, such request is not made for any improper purpose or for delay.

Date: November 8, 2017    Leon Greenberg Professional Corporation

By: /s/ *Leon Greenberg*
Leon Greenberg
2965 S. Jones Blvd., Ste. E3
Las Vegas, NV 89146
(702) 383-6085
Attorney for Plaintiffs

Date: November 8, 2017

ADAM PAUL LAXALT
Attorney General

By: /s/ *Sarah A. Bradley*
Sarah A. Bradley
Senior Deputy Attorney General
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1201
Attorneys for Defendants,

**IT IS SO ORDERED.**

Dated: November 13, 2017.

_____
UNITED STATES DISTRICT JUDGE