ADAM PAUL LAXALT
  Attorney General
STEVE SHEVORSKI (Bar No. 8256)
  Head of Complex Litigation
THERESA M. HAAR (Bar No. 12158)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3268 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
thaar@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH SHANNON, PENNY LUCILLE BEHRENS, CHRISTOPHER ROBERT BRAGGS, and JOSEPH LOPEZ GOMEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH (JD) DECKER, STEVE GEORGE, and DONALD SODERBERG, in their individual capacities,<br><br>Defendants. | Case No. 2:17-cv-00875-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE TIME TO FILE DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>**(Second Request)** |

Defendants, Joseph Decker, Steve George, and Donald Soderberg, in their individual capacities, by and through counsel, and plaintiffs, by and through their counsel, stipulate and agree to continue the time for defendants to file their reply brief from December 15, 2017 until December 18, 2017. This stipulation is support by good cause, as demonstrated by the following recitals:

///

///

///

1     **WHEREAS**, counsel for defendants, Mr. Shevorski, is trial and appellate counsel for the State of Nevada in the approximately dozen cases that have arisen out of the Little Valley Fire, which consumed 23 homes and many outbuildings (Consolidated in Case #s CV17-00225 and Nevada Supreme Court case #74271), legal counsel for Secretary of State Barbara Cegavske in the federal and state court litigations arising out of the attempted recall of Senators Woodhouse, Farley, and Cannizzaro (Case #s 2:17-cv-02666-JCM-GWF and A-17-764587-C), counsel for Governor Brian Sandoval and Attorney General Laxalt in the Ballot Question One litigation in state court (Case #A-17-762975-W), and counsel for State of Nevada in the Fair Labor Standards Act class action known as *Walden et al. v. State of Nevada ex. rel. Nevada Department of Corrections.* (3:14-cv-00320-MMD-WGC). This work is in addition to his supervisory duties as Head of Complex Litigation with the Office of the Attorney General. Because of the press of these activities, counsel for defendants needs a modest three (3) day extension of time to file defendants' reply in support of their motion to dismiss.

    **WHEREAS**, the parties had previously agreed to extend time for plaintiffs to file their opposition to defendants' motion to dismiss until November 30, 2017 and to extend time for defendants to file their reply until December 15, 2017.

    **WHEREAS**, in light of the foregoing, counsel for plaintiffs have generously agreed to continue the time for defendants to file their reply brief in support of their motion to dismiss from December 15, 2017 until December 18, 2017.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Based on the parties' recitals and good cause appearing, the parties stipulate and agree to continue the time for defendants to file their reply brief in support of their motion to dismiss from December 15, 2017 until December 18, 2017.

DATED this 15th day of December, 2017.	DATED this 15th day of December, 2017.

ADAM PAUL LAXALT	LEON GREENBERG PROF. CORP.
Attorney General

By: /s/ Steve Shevorski	By: /s/ Leon Greenberg
  STEVE SHEVORSKI	  LEON GREENBERG, Esq.
  Head of Complex Litigation	  2965 S. Jones Blvd., Ste. E3
  555 E. Washington Ave., Ste. 3900	  Las Vegas, NV  89146
  Las Vegas, Nevada  89101	  (702) 383-6085
  *Attorneys for Defendants*	  *Attorney for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated: December 15, 2017.

_____
UNITED STATES DISTRICT JUDGE