AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Joseph Shannon, et al.,

              Plaintiffs,

  v.

Joseph Decker, et al.,

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00875-JAD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiffs.

8/27/2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk